### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Stephen L. Dwyer                   CHAPTER 13

                 Debtor(s)                   BKY. NO. 19-11121 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  Attorney I.D. No. 42524
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  412-430-3594
                                                  jwarmbrodt@kmllawgroup.com