**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Stephen L. Dwyer**
   Debtor(s)

Bankruptcy Case No.: 19–11121–TPA
Per Proceeding Held August 4, 2020
Chapter: 13
Docket No.: 39 – 31, 32
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 24, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $753.00 as of August, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.    Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified Plan terms: Farmers Bank, NA (Claim No. 8).

*(2.)*    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    *IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: August 10, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-11121-TPA
Stephen L. Dwyer                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2          Date Rcvd: Aug 10, 2020
                             Form ID: 149            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db          +Stephen L. Dwyer,    502 S 4th St,   Sharpsville, PA 16150-1806
15182821     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
15155170    +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
15155171    +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
15174791     Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15183823     Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
15155174    +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
             St Louis, MO 63179-0034
15179236    ++FARMERS NATIONAL BANK OF CANFIELD,   PO BOX 228,   NILES OH 44446-0228
             (address filed with court: Farmers National Bank of Canfield,   PO Box 228,   Niles, OH 44446)
15165201    +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
             c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
15155179    +Kohls/Capital One,   Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
15155182    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   Atty: Bankruptcy Dept,   Po Box 8026,
             Cedar Rapids, IA 52409)
15168951    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2020 05:00:48
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15155172    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 11 2020 05:00:42     Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15169325     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 11 2020 04:59:48
             Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
             Charlotte, NC   28272-1083
15155175    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 11 2020 04:59:50     Credit One Bank,
             Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
15155176     E-mail/Text: mrdiscen@discover.com Aug 11 2020 04:52:39     Discover Financial,
             Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
15157353     E-mail/Text: mrdiscen@discover.com Aug 11 2020 04:52:39     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15155178    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:00:13     JCPenney,   P O Box 981131,
             El Paso, TX 79998-1131
15184252     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2020 04:53:16     Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
15155173     E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 11 2020 05:00:41     Chase Card Services,
             Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
15155179    +E-mail/Text: PBNCNotifications@peritusservices.com Aug 11 2020 04:52:42     Kohls/Capital One,
             Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
15180455     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2020 04:59:52     LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15186747     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2020 04:59:51
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15155180    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 04:59:47     Syncb/PLCC,   Attn: Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
15155655    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:00:40     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   Po Box 41021,   Norfolk, VA 23541-1021
15183887    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:00:14     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   Po Box 41021,   Norfolk VA 23541-1021
15155181    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2020 05:00:41     Synchrony Bank/Lowes,
             Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Toyota Lease Trust
15155177*   ++FARMERS NATIONAL BANK OF CANFIELD,   PO BOX 228,   NILES OH 44446-0228
             (address filed with court: Farmers Ntl Bk Canfiel,   20 S Broad St,   Canfield, OH 44406)
15165203*   +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
             c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
15186748*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO Box 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Tina M. Fryling    on behalf of Debtor Stephen L. Dwyer tinafryling@gmail.com,
    tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                       TOTAL: 4