**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/15/20 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-11121-TPA |
| Stephen L. Dwyer | : | Chapter: | 13 |
| Debtor(s). | : | Date: | 10/14/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**  #42 MFRS by Toyota Motor Credit Corporation
#49 Resp by Debtor

**APPEARANCES:**
Debtor: Tina M. Fryling
Trustee: Ronda Winnecour
Toyota: Fred Freitag

**NOTES:**

Fryling: My client has made payments recently, back on track. He needs the vehicle to get to work. I have sent the information to counsel. insurance is current.

Freitag: We do not have the insurance worked out.

Winnecour: Payments are current or slightly ahead. Toyota is becomming increasingly current.

**OUTCOME:** Affidavit of default order re plan payments to be issued beginning with October payment. Chambers to issue Order.

Status Conference with Trustee on 11/10/20 at 10am

*/s/ Thomas P. Agresti*

ljm