IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-11121-TPA |
|---|---|
| STEPHEN L. DWYER, | Chapter 13 |
| Debtor, | Doc. No. 54 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| STEPHEN L. DWYER. and RONDA J. WINNECOUR, Respondents | |

### CERTIFICATE OF NO OBJECTION OR RESPONSE TO CERTIFICATION OF DEFAULT OF STIPULATED ORDER ON THE MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 54)

The undersigned hereby certifies that, as of September 27, 2021, no answer, objection or other responsive pleading to the Affidavit of Default of Stipulation Order on the Motion for Relief from the Automatic Stay, at Doc. No. 54, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 27, 2021

It is hereby respectfully requested that the Order attached to the Movant's Affidavit of Default of Stipulation Order on the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: September 28, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*