Case 19-11121-TPA    Doc 59    Filed 10/01/21    Entered 10/02/21 00:28:33    Desc Imaged
                        Certificate of Notice    Page 1 of 3

FILED
9/29/21 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-11121-TPA |
|---|---|
| STEPHEN L. DWYER, | Chapter 13 |
| Debtor, | Doc. No. 42, 49, 52 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| STEPHEN L. DWYER. and RONDA J. WINNECOUR, Respondents | |

## ORDER OF COURT

AND NOW, this 29th day of  September , 2021, upon consideration of the foregoing Affidavit of Default of Order on the Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Motor Credit Corporation, in the 2018 Toyota Highlander, VIN# 5TDJZRFH6JS867557.

Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 19-11121-TPA
Stephen L. Dwyer                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                  User: bsil                  Page 1 of 2
Date Rcvd: Sep 29, 2021          Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

**Recip ID**        **Recipient Name and Address**
db              + Stephen L. Dwyer, 502 S 4th St, Sharpsville, PA 16150-1806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
        on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Fred W. Freitag, IV
        on behalf of Creditor Toyota Lease Trust fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

Fred W. Freitag, IV
        on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

Keri P. Ebeck
        on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-1 | User: bsil | Page 2 of 2
Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Tina M. Fryling
        on behalf of Debtor Stephen L. Dwyer tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com

TOTAL: 7